No. 72–1231. NATIONAL LABOR RELATIONS BOARD *v.* SAVAIR MANUFACTURING CO. C. A. 6th Cir. Certiorari granted.

No. 72–1264. MAYOR OF PHILADELPHIA *v.* EDUCATIONAL EQUALITY LEAGUE ET AL. C. A. 3d Cir. Motion of respondents to dispense with printing response and certiorari granted.

No. 71–6852. LUBIN *v.* ALLISON, REGISTRAR-RECORDER OF COUNTY OF LOS ANGELES. Sup. Ct. Cal. Motion for leave to proceed *in forma pauperis* and certiorari granted. In addition to questions presented in the petition, parties should address themselves to question whether it is the candidate's indigency or the indigency of his supporting group that is the relevant issue in this case.

No. 72–274. COHEN *v.* HONGISTO, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–786. BASEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–951. SALEM EQUIPMENT, INC., ET AL. *v.* KOCKUM INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 72–981. PIERRO *v.* UNITED STATES; and
No. 72–6266. PANICA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1068. SVEJCAR *v.* UNITED STATES; and
No. 72–1069. GRIZAFFI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–1091. HEITZLER *v.* O'NEILL, CHIEF JUSTICE, SUPREME COURT OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.